IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Appellant**

v.                                              CIVIL NO. 97-1890

CENTRO TOMOGRAFICO DE P.R.,
INC.

**Appellee**

---

ORDER

The undersigned judge recuses himself in this case. This appeal shall be reassigned to Judge Juan M. Pérez-Giménez' docket in exchange for another case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of November, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge


