UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>CENTRO TOMOGRAFICO DE P.R., INC.<br>    Debtor, | |
| CENTRO TOMOGRAFICO DE P.R., INC.,<br>    Plaintiff,<br><br>v.<br><br>PRESBYTERIAN COMMUNITY HOSPITAL,<br>INC.,<br>D/B/A ASHFORD PRESBYTERIAN<br>COMMUNITY HOSPITAL,<br>    Defendant. | CIVIL NO. 97-1890(PG)<br>BANKRUPTCY NO. 97-00798 |

### JUDGMENT

On April 20, 2001 the Court entered an Opinion and Order dismissing the appeal filed by defendant Presbiterian Community Hospital, Inc.. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING** the case.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, _____April_____, _23_, 2001.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Court

AO 72A
(Rev. 8/82)